

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2023
```

March 17, 2023

**VIA ELECTRONIC CASE FILING ("ECF")**
The Honorable Robert W. Lehrburger, USMJ
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, Courtroom 18D
New York, New York 10007

Re:  **Milagro Rivera v. Kilolo Kijakazi, Acting Commissioner of Social Security**
     **Index No.: 1:22-cv-06976-ER-RWL**
     **Letter Motion Requesting Additional Time to File Plaintiff's Motion**

Dear Hon. Lehrburger:

Manhattan Legal Services ("MLS"), through the undersigned, is representing Plaintiff, Milagro Rivera (hereinafter referred to as "Mrs. Rivera" or "Plaintiff") in the above-captioned matter. Please accept this correspondence in relation to Plaintiff's Motion for Judgment on the Pleadings, which has a return date of Tuesday, March 21, 2023, pursuant to the Scheduling Order.

We respectfully request an expansion of time to submit Plaintiff's moving papers for judgment on the pleadings. We note that the undersigned will be out of the office, due to medical reasons, and will not return until Monday, April 3, 2023. Therefore, the undersigned will not be able to submit Plaintiff's moving papers on the motion return date. We sincerely apologize for the last-minute inconvenience. Moreover, we note that, prior to motioning the Court for an expansion of time to appear and respond, the undersigned has obtained the mutual consent of Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (hereinafter referred to as "Commissioner" or "Defendant"), through her counsel, Mr. Jason P. Peck, at the Office of General Counsel for the Social Security Administration.

Accordingly, we kindly and respectfully request Your Honor expand time for Plaintiff's moving papers to be filed to April 3, 2023, or to a date that Your Honor deems fair and adequate to appropriately appear and respond in this matter.

Should Your Honor have any questions or concerns, please contact me either at (646)237-7769 or via electronic mail at gwilliams@lsnyc.org. Best wishes for continued good health during these uncertain times.

---

**Manhattan Legal Services** | 40 Worth Street, Suite 606, New York, NY 10013
Phone: 646-442-3100 | Fax: 212-227-9798 | www.LegalServicesNYC.org
**Peggy Earisman**, Project Director



LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION

Thank You for Your Honor's consideration to this request.

    Respectfully Submitted,

    **LEGAL SERVICES NYC**

    _____
    GERALD S. WILLIAMS
    Manhattan Legal Services, Demand Justice
    40 Worth Street, Suite 606
    New York, New York 10013
    Telephone: (646)237-7769
    Facsimile: (646)237-7751
    Email: gwilliams@lsnyc.org

    *Attorneys for Plaintiff*

Request granted.  Plaintiff's papers due April 3, 2023.  Defendant's papers due June 3, 2023.  Plaintiff's reply, if any, due June 24, 2023.

SO ORDERED:

3/17/2023  _____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Notice Sent to Defendant via ECF notification and addressed to: jason.peck@ssa.gov.