**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MILAGRO N. RIVERA,

                Plaintiff,                22 **CIVIL** 6976 (RWL)

     -v-                                  **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 15, 2023, Rivera's motion should be granted and the case remanded for proper consideration by the Commissioner. To the extent not set forth in the Order, the Court has considered the parties' arguments and finds them to be without merit. Pursuant to sentence four of 42 U.S.C. § 405(g), Rivera's motion is GRANTED and the Commissioner's motion is DENIED. Judgment is entered in favor the Plaintiff; accordingly, the case is closed.

**Dated:**  New York, New York
           September 15, 2023

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                              **BY:**    *K. Mango*

                                                                 **Deputy Clerk**